# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Melikian Enterprises, LLLP, | ) | |
| | ) | |
| Appellant, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Steven D. McCormick and Karen A. McCormick, | ) | |
| | ) | |
| | ) | Case No. 1:14-cv-064 |
| Defendants. | ) | |

Before the court is a motion for attorney Steven Gregory Jones to appear *pro hac vice* on behalf of appellant. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Steven Gregory Jones has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 4) is **GRANTED**. Attorney Steven Gregory Jones is admitted to practice before this court in the above-entitled action on behalf of appellant.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2014.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge